UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOANN LYN HASSAN, individually and as Executrix Of The Estate Of Charles J. Slack, Jr., <br><br> Plaintiff, <br><br> v. <br><br> MEDTRONIC MINI MED, INC., MEDTRONIC, INC., UNOMEDICAL DEVICES SA DE CV, UNOMEDICAL A/S, CONVATEC, INC., and DOES 1 - 100, <br><br> Defendants. | Civil No. 3:15-cv-02788-MAS-LHG <br><br> Honorable Michael A. Shipp, U.S.D.J. <br><br><br><br> (Document Electronically Filed) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Gavin J. Rooney, Esq.
Naomi Barrowclough, Esq.
**LOWENSTEIN SANDLER LLP**
65 Livingston Avenue
Roseland, NJ 07068
Telephone:   973-597-2500
Facsimile:    973-597-2400
E-mail:         grooney@lowenstein.com

Emily M. Rome (admitted pro hac vice)
Anna M. Petosky (admitted pro hac vice)
**MASLON LLP**
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4140
Telephone:      612-672-8200
Facsimile:       612-672-8397
E-mail:           emily.rome@maslon.com
                      anna.petosky@maslon.com

*Attorneys for Defendants
Medtronic Mini Med, Inc. and
Medtronic, Inc.*

P7378/26
09/18/2015 1679344.01

WHEREAS, Plaintiff Joann Lyn Hassan ("Plaintiff") filed a Complaint on April 21, 2015, against Defendants Medtronic Mini Med Inc., Medtronic Inc. (the "Medtronic Defendants"), Unomedical Services SA de CV, Unomedical A/S, Convatec, Inc., and Does 1-100 (collectively, "Defendants"), in the United States District Court for the District of New Jersey docketed as 3:15-cv-02788-MAS-LHG; and

WHEREAS, the Medtronic Defendants have denied any and all liability to Plaintiff; and

WHEREAS, Plaintiff has agreed to voluntarily dismiss any and all claims against the Medtronic Defendants without prejudice;

NOW THEREFORE, on this 24th day of September 2015, it is agreed and ordered that the within action against Medtronic Mini Med Inc. and Medtronic Inc. is hereby dismissed, without prejudice and without costs, including any claim to an award of attorney fees, pursuant to the terms of Tolling Agreements executed by counsel for Plaintiff and counsel for the Medtronic Defendants.

CONSENTED TO BY:

Pinczewski & Baurkot
227 South Seventh Street
PO Box 801
Easton, PA 18044

By: _____
Daniel J. Baurkot
*For Plaintiff*

Lowenstein Sandler LLP
65 Livingston Avenue
Roseland, NJ 07068

Maslon LLP
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

By: _____
Emily Rome
*For Defendants Medtronic Mini Med Inc. and Medtronic, Inc.*

SO ORDERED:

_____
Honorable Michael A. Shipp, U.S.D.J.